# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICK DUNN, | : |
| Plaintiff, | : |
| vs. | :     CA 18-0212-MU |
| BUBBA'S SEAFOOD HOUSE, INC., | : |
| Defendant. | |

## ORDER

This matter is before the Court on Plaintiff's motion to dismiss (Doc. 59), filed on January 22, 2020. Therein, Plaintiff avers that due to the Defendant's "substantial remediations to its property[]" and despite the Plaintiff's belief that there remain remediations that should be made to the property, "judicial efficiency" and "the best interest of all the parties" dictate that this action should be dismissed with prejudice in accordance with Fed.R.Civ.P. 41(a)(2). (*Id.*) The Plaintiff's motion (Doc. 59) is **GRANTED** and this matter is hereby **DISMISSED WITH PREJUDICE,** in accordance with Rule 41(a)(2), with each party to bear his/its own costs, expenses, and attorneys' fees.

**DONE** and **ORDERED** this the 23rd day of January, 2020.

                                     s/P. Bradley Murray
                                     **UNITED STATES MAGISTRATE JUDGE**